

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | | |
|---|---|---|
| JOSEPH NEWMAN, | | |
| | Plaintiff, | No. CV-07-39-GF-SEH |
| vs. | | **ORDER** |
| SCOTT FOSTER and MIKE REDPATH, | | |
| | Defendants. | |

United States Magistrate Keith Strong entered Findings and Recommendation[1] on September 26, 2007. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error. Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 7

ORDERED:

1.      Plaintiff's Complaint[2] is DISMISSED without prejudice for failure to comply with

L.R. 5.5(a).

2.      Any appeal from this disposition will not be taken in good faith as the record is

clear that Plaintiff failed to inform the Court of a change in his mailing address as required under

L.R. 5.5(a).  Fed. R. App. P. 24(a)(3).

DATED this ___5th___ day of November, 2007.

_____
SAM E. HADDON
United States District Judge

---

[2] Document No. 1